UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TRIAL MINUTES

Date:  February 23, 2017

**The Honorable SUSAN ILLSTON**

**Clerk:**  Tracy Kasamoto        **Court Reporter:**  Debra Pas

Time in Court:  6 minutes

**Case No.:** 14-cr-00627-SI   **Case Name:** United States of America vs. Behnam Halali, Ernesto Magat, and Karen Gagarin

**Counsel for Govt: Matthew McCarthy, Robert Leach**

**Counsel for Defendant: George Boisseau, Ali Moghaddami, Candis Mitchell, Gabriela Bischof**

Trial Began:  2/15/17

Further Trial:  2/27/17    Trial Ended:

**Trial Motions Heard**:

1.
2.
3.

**Trial Witnesses/Other:**
 Juror No. 8 called in sick.  The court adjourned for the day and will resume on Monday, 2/27/17

**Verdict:**


**Sentencing Date:**

**Disposition of Exhibits**: