United States District Court
Northern District of California

1
2
3
4                                UNITED STATES DISTRICT COURT

5                              NORTHERN DISTRICT OF CALIFORNIA

6

7        UNITEDS TATES OF AMERICA,                Case No.  14-cr-00627-SI-1

8                       Plaintiff,

9               v.                                **ORDER DENYING DEFENDANT
                                                  ERNESTO MAGAT'S MOTION FOR
10       ERNESTO MAGAT,                           RECONSIDERATION**

11                      Defendant.                Re: Dkt. No. 355

12

13            Defendant Ernesto Magat has filed a motion for reconsideration of this Court's June 30,

14   2020 Order denying his motion for compassionate release.  In that order, the Court noted that

15   defendant is 38 years old and that, aside from a diagnosis of sleep apnea, Mr. Magat does not

16   complain of any serious health condition.  The Court found that Mr. Magat had not shown that his

17   sleep apnea is "a serious physical or medical condition . . . that substantially diminishes the ability

18   of the defendant to provide self-care within the environment of a correctional facility and from

19   which he . . . is not expected to recover."  *See* U.S.S.G. § 1B1.13 cmt. N.1(A)(ii)(I); *see also* Order

20   Denying Renewed Motion to Modify Sentence, *United States v. Taylor*, Case No. 17-cr-00191-JST

21   (N.D. Cal. June 24, 2020) (denying motion filed by 57-year-old defendant with sleep apnea and high

22   cholesterol because, *inter alia*, these conditions "do not appear on the CDC's list of underlying

23   medical conditions that create a higher risk") (filed at Dkt. No. 352, Ex. A).

24            Mr. Magat's motion for reconsideration states that FCI Mendota now has several reported

25   cases of COVID-19, and he states that the conditions at the prison are such that it is impossible to

26   engage in social distancing or proper hygiene.  He also emphasizes that he has had a clean

27   disciplinary record in prison, and he again mentions his sleep apnea and that he sleeps with a CPAP

28   machine to help him breathe at night.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

The Court remains sympathetic to the concerns raised by Mr. Magat regarding the potential for exposure at FCI Mendota.  However, the record does not reflect that defendant is currently "suffering from a serious physical or medical condition . . . that substantially diminishes the ability of the defendant to provide self-care within the environment of a correctional facility and from which he . . . is not expected to recover."  *See* U.S.S.G. § 1B1.13 cmt. N.1(A)(ii)(I).  Accordingly, defendant's motion is DENIED without prejudice to renewal in the event Mr. Magat's health significantly deteriorates.

**IT IS SO ORDERED**.

Dated: July 24, 2020

_____
SUSAN ILLSTON
United States District Judge