UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERNESTO MAGAT,<br><br>Defendant. | Case No. 14-cr-00627-SI-1<br><br>**ORDER RE: ERNESTO MAGAT'S LETTER**<br><br>Re: Dkt. No. 359 |

The Court has received a letter from defendant Ernesto Magat. Dkt. No. 359. Mr. Magat is currently residing at a halfway house in Oakland, California. Mr. Magat states that officials at FCI Mendota informed him that he met the criteria for home confinement and that he would be sent home after he was at the halfway house for a week. However, according to Mr. Magat, the halfway house has informed him that his home confinement date is April 1, 2021. Mr. Magat states that he has tried to clarify the situation to no avail.

The Court directs the Clerk to forward Mr. Magat's letter to the government's counsel, Mr. Robert Leach; Mr. Magat's trial counsel, Mr. George Boisseau; and the probation officer who worked on Mr. Magat's case, Ms. Jessica Goldsberry. The Court directs Messrs. Leach and Boisseau and Ms. Goldsberry to confer regarding Mr. Magat's situation and to provide an update to the Court no later than **January 11, 2021**.

**IT IS SO ORDERED**.

Dated: January 4, 2021

SUSAN ILLSTON
United States District Judge